DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| Zubair Kazi, Khatija Kazi, and Kazi Family, LLC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 2016-44 |
| v. | ) ) ) | |
| Colonial Pacific Leasing Corporation, GE Capital Commercial, Inc., and General Electric Capital Business Asset Funding Corporation of Connecticut | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ATTORNEYS:

**Mark Wilczynski**
Law Offices of Wilczynski & Garten, P.C.
St. Thomas, VI
   *For the plaintiffs Zubair Kazi, Khatija Kazi, and Kazi Family, LLC.,*

**Christopher Allen Kroblin**
Kellerhals Ferguson Kroblin PLLC
St. Thomas, VI
**Christopher A. Lynch**
Reed Smith LLP
New York, NY
   *For the defendants Colonial Pacific Leasing Corporation, GE Capital Commercial, Inc., and General Electric Capital Business Asset Funding Corporation of Connecticut.*

## ORDER

**GÓMEZ, J.**

Before the Court is the complaint of Zubair Kazi, Khatija Kazi, and Kazi Family, LLC (collectively the "Kazis").

On July 31, 2017, the Magistrate Judge entered a Scheduling Order in this matter. Shortly thereafter, on August 15, 2017, the Magistrate Judge stayed discovery. On January 30, 2018, the Magistrate Judge continued without date certain deadlines and dates contained within its July 31, 2017, Scheduling Order.

The premises considered, it is hereby

**ORDERED** that the stay of discovery granted by the order dated August 15, 2017, (ECF No. 53) is hereby **LIFTED**; it is further

**ORDERED** that the following schedule shall govern the proceedings in this matter:

1. Fact discovery shall be completed by **February 13, 2019.**
2. The parties shall commence mediation by **March 6, 2019,** or earlier as agreed.
3. The plaintiffs shall identify any experts, and produce the required materials related thereto, on or before **March 6, 2019.**
4. The defendants shall identify any experts, and produce the required materials related thereto, on or before **March 27, 2019.**
5. All discovery shall be completed by **April 10, 2019.**
6. The parties shall jointly contact the Court to attempt an informal resolution of any discovery disputes prior to filing discovery motions.
7. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). This Order does not prevent any party

*Kazi et al. v. Colonial Pacific Leasing Co. et al.*
Civ. No. 16-44
Order
Page 3

   from seeking a determination from the Court about whether a document or information, whether withheld or produced, is privileged or work-product protected.

8. The parties shall file dispositive and *Daubert* motions no later than **May 10, 2019.** No extensions on the filing of opposition or reply briefs are allowed without leave of the Court.

9. The parties shall file their proposed joint final pretrial order no later than **July 9, 2019.**

10. The parties shall file their proposed voir dire, proposed joint neutral statement, and proposed jury instructions no later than **July 12, 2019.**

11. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than **July 12, 2019.**

12. The final pretrial conference in this matter shall begin promptly at **11:00 a.m. on July 15, 2019,** before Magistrate Judge George W. Cannon.

13. The Bench Trial in this matter is scheduled to begin promptly at **9:00 a.m. on July 22, 2019,** in STT Courtroom 1 before District Judge Curtis V. Gomez. The trial period extends from **July 22, 2019,** to **August 5, 2019.** To the extent that there are conflicts, the trial date may change to any date within this period. All parties, witnesses, and counsel should arrange their schedules accordingly.

14. Counsel shall be familiar and comply with the Court's Policies and Procedures available at http://www.vid.uscourts.gov/sites/vid/files/CVG. For trial preparation purposes, parties should pay particular attention to the requirements regarding the timing for, and resolution of objections to, deposition designations, and the requirements for exhibit preparation.

S\
   **Curtis V. Gómez**
   **District Judge**