DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| Zubair Kazi, Khatija Kazi, and Kazi Family, LLC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 2016-44 |
| v. | ) ) | |
| Colonial Pacific Leasing Corporation, GE Capital Commercial, Inc., and General Electric Capital Business Asset Funding Corporation of Connecticut | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ATTORNEYS:

**Mark Wilczynski**
**Justin T. Crocker**
Law Office of W. Mark Wilczynski, P.C.
St. Thomas, VI
   *For the plaintiffs Zubair Kazi, Khatija Kazi, and Kazi Family, LLC.,*

**Christopher Allen Kroblin**
**Marjorie Whalen**
Kellerhals Ferguson Kroblin PLLC
St. Thomas, VI
**Christopher A. Lynch**
**John C. Scalzo**
**Nicole Lapsatis**
Reed Smith LLP
New York, NY
   *For the defendants Colonial Pacific Leasing Corporation, GE Capital Commercial, Inc., and General Electric Capital Business Asset Funding Corporation of Connecticut.*

## **ORDER**

**GÓMEZ, J.**

On June 24, 2019, the Court held a status conference in this matter. At that conference, the parties were represented by counsel. Counsel indicated that the parties have completely settled this matter in exchange for some consideration. As such, the parties agreed that there is no case or controversy before the Court.

The premises considered, it is hereby

**ORDERED** that this matter is **DISMISSED** with prejudice; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions are **MOOT**; it is further

**ORDERED** that each party shall bear their own costs; it is further

**ORDERED** that the Court shall retain jurisdiction to enforce the settlement agreement for 30 days; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez
District Judge**